UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
-Southern Division-

------------------------------------------------------x
                                                  :    Case No. 1:04-cv-00725-AW

**NEXOMNI, LLC.**
                     Plaintiff    :

        -against-    :

**SECURE MEDIA PRODUCTS, LLC**    :

                Defendants.  :
------------------------------------------------------x

## LINE OF DISMISSAL WITH PREJUDICE

The parties hereto dismiss with prejudice the claim filed by the Plaintiff, NEXomni, LLC against the Defendant Secure Media Products, LLC and dismiss with prejudice the counterclaims filed by the Defendant Secure Media Products, LLC against the Plaintiff, NEXomni, LLC, as these matters have been resolved between the parties.

Respectfully submitted,

Date: September ___, 2004

_____
Robert N. Levin, Federal Bar No. 08593
Law Offices of Robert N. Levin, P.C.
1901 Research Boulevard, Suite 400
Rockville, MD 20850
Tel: (301) 517-8727
Fax: (301) 762-4056
Email: r.levin@erols.com
Attorney for Plaintiff

_____
Dennis J. Sysko, Federal Bar No. 1325
Henault & Sysko, Chartered
306 North Crain Highway
Glen Burnie, MD 21061
Telephone: 410.768.9300
Fax: 410.553.0498
E-mail: djsysko@henault-sysko.com
Attorney for Defendant Secure Media Products, LLC

S5715A31.wpd